OSCN Found Document:IN RE: AMENDMENT TO THE OKLAHOMA DISTRICT COURT RULES

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 IN RE: AMENDMENT TO THE OKLAHOMA DISTRICT COURT RULES
2014 OK 18
Decided: 03/24/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 18, __ P.3d __

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL 
RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

IN RE: AMENDMENT TO THE OKLAHOMA DISTRICT COURT RULES, 
12 O.S. Ch. 2, App.


ORDER ADOPTING AMENDMENT TO
RULES FOR DISTRICT 
COURTS OF OKLAHOMA
¶1 The Court has reviewed the recommendation of the Oklahoma Supreme 
Committee for Uniform Jury Instructions that the Rules for District Courts of 
Oklahoma be amended by creation of new Rule 32.
¶2 The Court hereby adopts new Rule 32 for the District Courts, and it is 
therefore ordered, adjudged and decreed that new Rule 32, as set out herein 
shall be included and codified as Rule 32 of the Rules for the District Courts 
of Oklahoma, 12 O.S.2001, Ch. 2, App., Rule 32.
¶3 New Rule 32 shall be effective sixty (60) days from the date this Order is 
filed with the Clerk of this Court.
¶4 New District Court Rule 32 states as follows:

 
 Rule 32. Juror Questionnaires
 When juror questionnaires are used at a trial, access to the 
 questionnaires by the parties must be balanced against the juror's right to 
 privacy and to the confidentiality of the information in the questionnaires. 
 Copies of the questionnaires shall be made available only for use during 
 voir dire to attorneys for the parties and to the trial court. All copies 
 shall be destroyed at the conclusion of voir dire. The original 
 questionnaires of all jurors shall be sealed by the District Court and 
 retained, but not made part of the public record.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THE 
13TH DAY OF MARCH, 2014.

/S/CHIEF JUSTICE

Colbert, C.J., Reif, V.C.J., Kauger, Watt, Edmondson, Combs and Gurich, JJ., 
- concur,
Winchester, J. - concurs in result,
Taylor, J. - concurs in part and dissents in part.
I would adopt all of the recommendations of the OUJI-CIV 
committee.




 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 Title 12. Civil Procedure Cite
Name
Level 12 O.S. Rule 32, Juror Questionnaires
Cited
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.